UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>) Civil Action No.<br>v. )<br>)<br>MAYOR AND CITY OF CAMBRIDGE )   05 - 11<br>)<br>OFFICER JOHN DOE )  *Referred to MJ JG Dein*<br>) 29 July 2005<br>*Defendants* ) | |

COMPLAINT FOR DECLARATORY, INJUNCTIVE, COMPENSATORY AND PUNITIVE
RELEIF AND REQUEST FOR JURY TRIAL

The Plaintiff — Richard Max Strahan — is bringing suit against the Mayor and the City of Cambridge MA ("City") and John Doe, a deputized employee of it's police department purusant to the Civil Rights Act for violations of his rights of due process, equal treatment under the law, and his Fourth Amendment protection from unalwful search and seizure. See 42 U. S. C. § 1983. He is seeking $50, 000 in compensatory damages from the Defendants and $1,000,000 in punitive damages. He is seeking declaratory and injunctive relief to stop the City from arresting people riding bicycles in a matter that its employees consider in violation laws governing only motorized vehicle either pursuant to those laws or the Massachusetts disorderly conduct statute.

1.    On a day in late July 2002 Strahan left a store, got on his bicycle and attempted to cross the street to travel in the same direction as the motorized vehicular traffic. Just after he started to cross the street, Defenant John Doe on a City motorcycle came from a side street at full speed -- without slowing – moving straight at Strahan but swerved away from him at the last

moment nearly hitting Strahan. Defendant Doe then stopped at began directing at Strahan a profuse barrage of obsenities and threats including insults concerning Strahan's mother. After nearly being hit by Doe's motorcycle Strahan had ceased his attempt to cross the street and slowly moved his bike on the same side of the street waiting for a new opportunity to cross. At the same time Strahan objected to the reckless manner that Defendant Doe operated his motorcyle and Doe's use of obsenities. In retaliation for Strahan's criticism, Doe reversed the direction of his motorcycle, pursued Strahan and ordered Strahan to stop. Strahan objected to being stopped and threatened by Doe. Doe further threatned Strahan with arrest for disorderly conduct if he attempted to peacefully continue on his way and/or did not provide Doe with a state issued personal identification. Under threat of imminent false arrest Strahan was coerced against his will to show doe his Massachusetts personal identification. Doe then issued Strahan a civil citation for bicycling on the wrong side of the street. Doe told Strahan that he was only issuing him the citation "because you got a big mouth." After issuing the citation Doe told Strahan that he would arrest Strahan if he continued to bicycle down the "wrong side of the street." Strahan told Doe that he was trying to go across the street when Doe nearly ran him over and still intended to proceed that way. But Strahan protested that Doe had no lawful authority to arrest anyone for bicycling down "the wrong side of the road" for no such criminal prohibition existed. After this Doe stated that he did not care whther it existed or not and that he could also arrest Strahan "for disorderly conduct" for just peacefully bicycling on the "wrong side of the road" and would do so if he did. Doe then parked the motorcycle. Strahan bicycled away hearing Doe scream insults and obsenities at him.

  2.  Strahan appealed the civil ticket issued to him by Doe in the Cambridge District Court. At the hearing the clerk denied Strahan's appeal pro forma. It then informed Strahan that

solely becuase Strahan was appealing the ticket, the District Court was converting it into a criminal offense. Strahan was scheduled for an arraignement for on a criminal offense only applicable to motor vehicles of driving down the wrong side of the road. At the arraignment Strahan moved the criminal District Court to dismiss the charge because Strahan could not possibly be charged for a motor vehicle offense whil riding a bicycle. The Dictrict Court granted his motion and dismissed the complaint.

### Parties

4. Plaintiff Richard Max Strahan is a United States citizen and his mailing address is at 928 Dorchester Avenue, #5 in Boston MA 02125.

5. Defendant John Doe is a United States citizen and is employed by the City of Cambridge, MA. His business address is % City of Cambridge Police Department, Western Avenue, Cambridge MA 02138.

6. Defendants City of Cambridge is a municipality incorporated under the Commonwealth of Massacusetts and its Mayor its the elected cheif aministartive employee. Their business address is % City Hall, Massachusetts Avenue, Cambridge MA 02139.

### Claims

*Count I: Violation of the Civil Rights Act*

7. Defendant Doe stopped and detained Strahan agsinst his will under threat of fale arrest of disorderly conduct in violation of Strahan's Fourth Amendment constitutional protections. Defendant Doe by threats of imminent arrest coerced Strahan aginst his will to produce go into his pockets and produce an ID that Defendant Doe said that he would do anyway if Strahan refused his order to do so. This violated Strahan's Fourth Amendment's protection from unlawful search.

4

8. Defendant Dole violated Strahan's First Amendment right of Free Speech by stopping him and citing him with a motor vehicle offense in retaliation for Strahan's peacefully made verbal objections to Defendants Doe's reckless driving and his use of obsenities against Strahan.

9. Defendant Doe further violated Strahan's right of due process and equal protection by false charging him for violation of provisions of motor vehicle statutes that do not in any way apply to bicyclists and for also enforcing these laws by threat of arrest for disorderly conduct..

10. The City of Cambridge and its Mayor engage in the unlawful practice of prosecuting bicyclists as criminals for alleged infractions of state motor vehicle statutes and that state disorderly conduct statute in violation of the Fourteenth Amendments protections of due process and equal tretment under the law.

### Prayer for Relief

I. For a Declaratory Judgment and an Order Enjoining the City of Cambridge for arresting and criminally prosecuting bicyclists for violation of state motor vehicle laws and disorderly conduct in enforcement of same said laws.

II. For an award of $50,000 from each of the Defendants in compensatory damages.

III. For an award of $1,000,000 from each of the Defendants in punitive damages.

IV. For any other releif the Court deems appropriate.

BY: _____
Richard Max Strahan
928 Dorchester Avenue, #5
Boston MA 02125

*Pro Se and Proud!*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Richard Max Strahan

**DEFENDANTS**
City of Cambridge, MA
And its Mayor et al.

(b) County of Residence of First Listed Plaintiff: Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Middlesex
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05-11600 RCL

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983
Brief description of cause:
False Arrest & Seizure and Persecution

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $150,000 Compensatory $1,000,000 Punitive
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): N/N
JUDGE
DOCKET NUMBER

DATE: 29 July 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Richard Max Strahan__
   __v. City of Cambridge and Mayor, et al.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   05-11600 RCL

   ___ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   X   II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   __NONE__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒    Central Division ☐    Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Richard Max Strahan pro se__
ADDRESS __928 Dorchester Avenue, Boston MA 02125__
TELEPHONE NO. __617.233.3554__

(CategoryForm.wpd -5/2/05)