UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RICHARD MAX STRAHAN**
        **Plaintiff**

V.

                                  CIVIL ACTION

                                  NO.05-11600-RCL

**MAYOR AND CITY OF CAMBRIDGE, ET AL**
        **Defendant**

## ORDER OF DISMISSAL

**LINDSAY, D.J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on June 22, 2006, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                        By the Court,

                                                        /s/ Lisa M. Hourihan

                                                        **Deputy Clerk**

November 6, 2006